IN the INTEREST OF: N.M. and D.M.;

Juvenile Officer, Respondent,

v.

S.M. (Mother) and E.M. (Father), Appellants.

WD 78488

Missouri Court of Appeals,
Western District.

ORDER FILED: August 25, 2015

Edward E. Moore, Kansas City, MO, for respondent.

Dana M. Outlaw, Lee's Summit, MO, for appellants.

Before Division One: Cynthia L. Martin, Presiding Judge, Joseph M. Ellis, Judge and James E. Welsh, Judge

## ORDER

Per curiam:

The parents of two children appeal a judgment terminating their parental rights, arguing that no substantial evidence was presented showing that termi-

nation of parental rights was in the children's best interests. Because substantial evidence was presented which supports the trial court's conclusion that termination of parental rights was in the children's best interests, we affirm. Rule 84.16(b).